# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASSANDRA PENA-ALONZO,

    Respondents.

Case No. 2:12-cv-249-APG-VCF

**ORDER**

    On this date, Defendant **Cassandra Pena-Alonzo** appeared before me regarding violations of conditions of her pretrial release. Ms. Pena-Alonzo admitted the violations set forth in the Petition (#73) and also entered a plea of guilty to Count One of the Indictment. Pursuant to the recommendation of counsel and Pretrial Services, Defendant Pena-Alonzo's conditions of pretrial release were modified as follows:

    IT IS HEREBY ORDERED **Cassandra Pena-Alonzo** shall reside under lock down at a halfway house and participate in mental health counseling/treatment pending further order of the Court.

    IT IS FURTHER ORDERED that the Defendant shall also abide by all previously imposed conditions of pretrial release.

    DATED: January 27, 2015

                                                       _____
                                                       ANDREW P. GORDON
                                                       United States District Judge